# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-08 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Adam Joseph Monnes, | |
| Defendant. | |

Defendant's Motion for Extension of Time to file objections to the presentence report and position pleadings in this matter is **GRANTED**. Said Objections should be filed on or before October 6, 2006 and the position pleadings on or before October 13, 2006.

Dated: September 20, 2006

                                                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge